# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 18 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRADLEY MCMULLEN, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.